**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE

Appellate case name:      Adriene Sibley v. Charles Bernard Robinson

Appellate case number:   01-14-00454-CV

Trial court case number:  64749

Trial court:                     239th District Court of Brazoria County

Although the index to the Clerk's Record filed in the above-referenced case indicates that "Sibley's Opposition to Plaintiff's Motion For Summary Judgment 5-20-2014" is located on page 178, no such document can be found in the clerk's record.

Accordingly, the District Clerk is directed to prepare, certify, and file a supplemental clerk's record in the First Court of Appeals containing "Sibley's Opposition to Plaintiff's Motion For Summary Judgment 5-20-2014" by no later than **December 3, 2014**. TEX. R. APP. P. 34.5(c)(1).

The cost of preparing this record will be assessed as part of the costs of this appeal upon issuance of this Court's judgment.

Clerk's Signature: /s/ Christopher A. Prine

Date: November 20, 2014